# UNITED STATES DISTRICT COURT

for
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 18, 2017

SEAN F. McAVOY, CLERK

| U.S.A. vs. | Hamilton, David Arthur | Docket No. | 0980 2:16CR00150-WFN-1 |
|---|---|---|---|

### Petition for Action on Conditions of Pretrial Release

COMES NOW Jeremy Tracy, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant David Arthur Hamilton, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge John T. Rodgers sitting in the Court at Spokane, Washington, on the 15th day of September 2016, under the following conditions:

**Standard Condition #9:** Defendant shall refrain from the use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner in conformance with Federal law. Defendant may not use or possess marijuana, regardless of whether defendant has been authorized medical marijuana under state law.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

**Violation #1:** The defendant tested positive for the presence of methamphetamine on December 14, 2016.

### PRAYING THAT THE COURT WILL ORDER A SUMMONS

|  | I declare under the penalty of perjury that the foregoing is true and correct. |
|---|---|
|  | Executed on: 01/18/2017 |
| by | s/Jeremy Tracy |
|  | Jeremy Tracy<br>U.S. Pretrial Services Officer |

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[X] The Issuance of a Summons
[ ] Defendant to appear before the Judge assigned to the case.
[ ] Defendant to appear before the Magistrate Judge.
[ ] Other

Signature of Judicial Officer

January 18, 2017

Date