FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 06, 2021

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　-vs-<br><br>DAVID ARTHUR HAMILTON,<br><br>　　　　　　　　Defendant. | No.　2:16-CR-0150-WFN-1<br><br>ORDER REMOVING SPECIAL CONDITION #1 |

　　　Pending before the Court is Defendant's Unopposed Motion to Remove Special Condition #1. ECF No. 82. Defendant asks that the Court remove the condition mandating home detention. Defendant represents that United States Probation Officer Bot supports early removal of home detention and that the Government has no objection. The Court has reviewed the file and Motion and is fully informed. Accordingly,

　　　**IT IS ORDERED** that:

　　　1. Defendant's Unopposed Motion to Remove Special Condition #1, filed May 4, 2021, **ECF No. 82**, is **GRANTED**.

　　　2. Special Condition No. 1 is **STRICKEN.**

　　　3. All other conditions of supervised release remain in effect.

　　　The District Court Executive is directed to file this Order and provide copies to counsel **AND TO** United States Probation Officer Jon Bot.

　　　**DATED** this 6th day of May, 2021.

05-05-21

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　WM. FREMMING NIELSEN
　　　　　　　　　　　　　　　　　　SENIOR UNITED STATES DISTRICT JUDGE

ORDER